_____
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.: SACV 16-02228 JLS (JCG)            Date: January 16, 2018
Title: John Ho v. Savvas Niklaso, et al.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                              Not Present

**PROCEEDINGS:**    **(IN CHAMBERS)    ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT IMPOSE SANCTIONS**

       On December 7, 2017, the Court vacated remaining pretrial and trial dates in light of the parties' continuance of their scheduled mediation conference. (Order, Doc. 71.) The Court ordered the parties to file a joint status report within seven days of the scheduled mediation conference, advising the Court whether the matter had been settled and, if not, proposing new pretrial and trial dates. (*Id*.) The panel mediator filed a notice indicating that the mediation was scheduled for January 3, 2018. (Doc. 72.) As of the date of this order, no status report has been filed.
       Accordingly, the Court ORDERS the parties to show cause why the Court should not dismiss this action or impose sanctions for failure to comply with the Court's order. No later than January 17, 2018, the parties shall submit a written response to this Order. Failure to adequately or timely respond may result in the issuance of sanctions or the dismissal of this action.

       **IT IS SO ORDERED.**

                                                             Initials of Preparer: tg